**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
Alicia.Gonzalez@usdoj.gov

*main:* *(973) 645-2700*
*direct:* *(973) 645-2862*
*fax:* *(973) 297-2010*

August 24, 2026

**Via Electronic Filing**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Singh v. Soto*, Civil No. 26-2006 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at approximately 5:40 p.m. on August 20, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

In light of Petitioner's release, the Clerk's Office shall close this matter. **SO ORDERED**.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: August 25, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: All counsel of record (via ECF)